# DIVIDENDS REMITTED TO THE COURT

Case Number 10-30980 - SWENSON, AARON ROY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **U.S. Bank N.A.** | 000005 | 110.00 | 2.30 |
| **P.O. Box 5229** | | | |
| **Cincinnati, OH 45201** | | | |
| FINAL DISTRIBUTION | | | |
| 9345 | | | |

| | | | |
|---|---|---|---|
| ---------- Remittance Total -------------- | | 110.00 | 2.30 |

John A. Hedback, Trustee

RECEIVED
11 FEB 24 AM 11:54
U.S. BANKRUPTCY COURT
ST. PAUL, MN