Date: 02/23/11

**DIVIDENDS REMITTED TO THE COURT**

Page: 1

Case Number 10-30980 - SWENSON, AARON ROY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **U.S. Bank N.A.**<br>P.O. Box 5229<br>Cincinnati, OH 45201<br>FINAL DISTRIBUTION<br>9345 | 000005 | 110.00 | 2.30 |
| ---------- Remittance Total ------------- | | 110.00 | 2.30 |

*[signature]*
John A. Hedback, Trustee

RECEIVED 11 FEB 24 AM 11:54 U.S. BANKRUPTCY COURT ST. PAUL, MN

COURT1                                          Printed: 02/23/11 10:59 AM    Ver: 16.01c